People v Hunter (2023 NY Slip Op 03667)

People v Hunter

2023 NY Slip Op 03667

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: SMITH, J.P., LINDLEY, CURRAN, MONTOUR, AND GREENWOOD, JJ. (Filed June 30, 2023.) 

MOTION NO. (87/22) KA 16-00386.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JERROD L. HUNTER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.